Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

George MITCHELL, respondent, v. Gabriel SALANT, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, upon the sole ground of the erroneous proceeding by plaintiff's trial counsel in asking a prospective juror a question based upon the stated contingency "if it should transpire that an insurance company was interested in the case." Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

M. M. HART, Inc., Applt., v. Nana E. PFIZER, impld., Respt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

John MONAHAN, respondent, v. JOHN H. SHIPWAY & BRO. and William A. Maroney, etc., appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment and orders unanimously affirmed, with costs. No opinion.

John MONAHAN, respondent, v. JOHN H. SHIPWAY & BRO., and William A. Maroney, etc., appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

MONROE BREWING CO., respt., v. John F. BARTELS, applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment affirmed with costs. All concur, except Foote and Merrell, JJ., who dissent upon the ground that the resolution electing defendant as president "for the ensuing year" and fixing his salary, is ambiguous as to the term of such employment, and its meaning as intended by the parties should have been submitted to the jury as a question of fact.

Mary E. MONTAGUE v. MANHATTAN NAVIGATION COMPANY. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion denied.

Elenor L. MORGAN and Frank S. Waller, appellants, v. Elmer E. SANBORN, as executor, etc., respondent; Emma L. Waller, et al., appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment affirmed, without costs, upon the sole ground that the agreement between husband and wife, evidenced by the preamble of her will of February 27, 1911, did not require her, as the survivor, to give to the next of kin of the husband any substantial amount, and equity will not interfere to enforce such a nominal right on the part of his next of kin. The thirteenth and fourteenth findings of fact are reversed as against the greater weight of evidence, and also the second conclusion of law based on said findings; and this court affirmatively finds the fact that the agreement stated in such preamble was in effect made between husband and wife, but that it conferred upon the next of kin of the husband no substantial right. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

James P. J. MORRIS v. Henry G. HAY. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion denied with $10 costs. Order filed.

Mortimer S. MORRIS and ano., Respts., v. Morris ALSTEDTER, Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed. See, also, 93 Misc. Rep. 329, 156 N. Y. Supp. 1103.

Grazia MOSCATO, as administratrix, etc., of Calogero Moscato, deceased, respondent, v. PRINCE LINE, Limited, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In Matter of Judicial Settlement of the Accounts of Stafford MOSHER, etc., under the will of Margaret Jones, deceased. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Decree affirmed with costs to respondent against the appellants Mary Bellinger and William Bellinger, personally. All concur, except Merrell, J., who dissents.

Vasilis NAFPLIOTIS, respondent, v. Nekles DRAKOS, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

NATIONAL NASSAU BANK v. James C. CLEARY. (Supreme Court Appellate Division, First Department. April 14, 1916.) Motion denied with $10 costs. Order filed.

NATIONAL NASSAU BANK of N. Y. v. James C. CLEARY. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion granted. Order filed.

In the matter of the petition of NEW YORK MUNICIPAL RAILWAY CORPORATION and New York Consolidated Railroad Company, respondents, relative to acquiring title, etc., Avenue T and Avenue U. Clara McLear et al., appellants. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

NEW YORK STATE SEWER PIPE CO., applt., v. Herbert D. G. GREY, respt., and Thatcher Jones, deft. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the court erred in charging that if there was not a reasonable effort to secure the payment of the open account, made